CLARENCE E. EVANS, an Infant, by EDWARD EVANS, His Guardian ad Litem, Appellant, *v.* EASTMAN KODAK COMPANY, Respondent.

*Evans* v. *Eastman Kodak Co.*, 129 App. Div. 768, appeal dismissed.
(Submitted February 6, 1911; decided February 14, 1911.)

MOTION by appellant to dismiss appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 21, 1909, which reversed a a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial, and granted a new trial in an action to recover for personal injuries alleged to have been sustained through the defendant's negligence.

The motion was made upon the ground that the reversal may have been upon questions of fact, and, therefore, not reviewable by the Court of Appeals.

*George D. Reed* for motion.

*George A. Carnahan* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion to respondent. ·